1  AARON D. FORD
    Attorney General
2  JOHN C. DORAME, Bar No. 10029
    Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1261
5  E-mail:  jdorame@ag.nv.gov

6  *Attorneys for Defendants*

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10  TERRENCE DAVIS,                    |  Case No.  3:21-cv-00511-MMD-CLB
11              Plaintiff,             |
12  vs.                                |  **STIPULATION AND ORDER FOR**
                                       |  **DISMISSAL WITH PREJUDICE**
13  SENIOR ARIAS,                      |
14              Defendants.            |

15       IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Terrence
16  Davis, *pro se*, and Defendant Alejandro Arias, by and through counsel, Nevada Attorney
17  General, Aaron D. Ford, and Deputy Attorney General, John C. Dorame, that pursuant to
18  Federal Rule of Civil Procedure 41(a)(1), that this action should be dismissed in its
19  entirety with prejudice by order of this Court.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
    ///

                                        1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the parties' settlement agreement, each party hereto shall bear its own attorney's fees and costs.

DATED this 30th day of May, 2022.                    DATED this 31st day of May, 2022.

                                                                           AARON D. FORD
                                                                           Attorney General

By: _____                    By: _____
      TERRENCE DAVIS (#11015060)                              /s John C. Dorame
      *Plaintiff, Pro Se*                                            John C. DORAME
                                                                        Deputy Attorney General

                                                                          *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

DATED  June 2, 2022

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 2, 2022, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Terrence Davis #1101506
Care of ESP Law Librarian
P.O. Box 1989
Ely, NV 89301
ESP_LawLibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General